UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Maria Duran | Case No. CV 18-05619-AB (Ex) |
| Plaintiff, | |
| v. | ORDER DISMISSING CIVIL ACTION |
| Maxim Healthcare Services, Inc. | |
| Defendants. | |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **14 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: January 31, 2019     _____

ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE